Le Roy Engles, appellee, v. Thomas A. Murray et al., defendants. Appeal of Kathryn McKay, appellant. Gen. No. 39,968.

Heard in the first division of this court for the first district at the February term, 1938. Opinion filed October 31, 1938. Rehearing denied November 14, 1938.

Fisher & Fisher, for appellant; Samuel R. Hassen, of counsel. Morgan, Mc Farland & Stearns, for appellee; Lester T. Murray and Leonard Stearns, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Marie A. Walsh and Nellie G. Walsh v. Edward R. Newmann et al. Samuel Maslon et al., appellees, v. Roy W. Alexander and Cornelia Alexander, appellants. Gen. No. 40,026.

Heard in the first division of this court for the first district at the April term, 1938. Opinion filed October 31, 1938.

James B. Cashin, for appellants; Thomas P. Harris and Edward B. Toles, of counsel.

Mayer, Altheimer & Kabaker, for appellees; Alan J. Altheimer and Lester E. Slosburg, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Amelia P. Wise, appellant, v. George Packard, appellee. Gen. No. 39,862.

Heard in the first division of this court for the first district at the December term, 1937. Opinion filed October 31, 1938.

Fred I. Simon, for appellant. Russell J. Mc Caughey, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Samuel W. Fleisher et al., appellees, v. Pius P. Flick et al., appellants. Gen. No. 39,878.

Heard in the first division of this court for the first district at the October term, 1937. Opinion filed October 31, 1938.

J. S. Dudley and Benj. F. J. Odell, for appellants. C. Lysle Smith, for certain appellee; John Alden Powers, of counsel. McNab, Holmes & Long, for certain other appellees; F. Reed Dickerson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.